**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN CHARLES EMERY, | ) NO. EDCV 07-01278 VAP (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| RAUL LOPEZ, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 13 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE